UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>THOMAS CHADD,<br><br>    Defendant. | No. 2:16-cr-00037-GEB<br><br><br>**ORDER** |

The United States shall provide an explanation in a filed document due no later than March 8, 2016, why the files sealed pursuant to the Order filed on February 10, 2016, (ECF No. 3), are required to remain sealed at this stage of the proceeding. Alternatively, the United States may elect to propose an order that addresses this matter.

Dated: March 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1