BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS CHADD,<br><br>Defendant. | CASE NO. 2:16-CR-00037-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 4, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 4, 2016.

2. By this stipulation, defendant now moves to continue the status conference until April 15, 2016, and to exclude time between March 4, 2016, and April 15, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 44 pages of police reports and associated photographs and two video recordings. All of this discovery has been either produced directly to counsel

1 and/or made available for inspection and copying.

2       b) Current counsel Patrick Hanley was recently retained in his matter and did not represent the defendant during the prior court proceedings in his matter.

      c) Counsel for defendant desires additional time consult with his client, review the current charges, conduct investigation and research related to the charges, review the discovery, and otherwise prepare for trial.

      d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e) The government does not object to the continuance.

      f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2016 to April 15, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 1, 2016        BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ JUSTIN L. LEE
                            JUSTIN L. LEE
                            Assistant United States Attorney

Dated: March 1, 2016        /s/ PATRICK HANLY
                            PATRICK HANLY
                            Counsel for Defendant
                            THOMAS CHADD

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge