BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS CHADD, <br><br> Defendant. | CASE NO. 2:16-CR-00037-GEB <br><br> UNITED STATES'S RESPONSE RE: SEALING AND PROPOSED ORDER <br><br> DATE: March 4, 2016 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

## RESPONSE TO COURT ORDER

On February 10, 2016, the United States applied for a criminal complaint and arrest warrant for Thomas Chadd. (Doc. 1.) Pursuant to the request of the United States, the criminal complaint and arrest warrant were sealed on the Court's docketing system. (Doc. 3.)

On February 11, 2016, the defendant was arrested and taken into custody. The defendant made his initial appearance on February 12, 2016. (Doc. 5.) On that same day, the criminal complaint and arrest warrant were unsealed by minute order. (Doc. 4.)

On March 2, 2016, the Court ordered the United States to provide an explanation as to whether the files in the above-captioned case should remain sealed. Because the defendant has been arrested and the criminal complaint unsealed and provided to the defendant, there is no longer any need for the file in the above-captioned case or the

associated magistrate case (2:16-MJ-00035-CKD) to be sealed.  Accordingly, the United States requests that the Court order that the case be unsealed.

Dated:  March 2, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

### [PROPOSED] ORDER

Based on the request of the United States, the Court hereby orders that the file in 2:16-MJ-00035-CKD be unsealed.

IT IS SO FOUND AND ORDERED.

Dated:  March 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge