BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>                 v.<br><br>THOMAS CHADD,<br><br>                                   Defendant. | CASE NO.  2:16-CR-00037-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: April 15, 2016<br>TIME:  9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 15, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until May 13, 2016, and to exclude time between April 15, 2016, and May 13, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes 44 pages of police reports and associated photographs and two video recordings.  All of this discovery has been either produced directly to counsel

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time consult with his client, review the current charges, conduct investigation and research related to the charges, review the discovery, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 15, 2016 to May 13, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  April 14, 2016                    BENJAMIN B. WAGNER
                                             United States Attorney

8

9                                            /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE

10                                           Assistant United States Attorney

11

12 Dated:  April 14, 2016                    /s/ PATRICK HANLY
                                             PATRICK HANLY

13                                           Counsel for Defendant
                                             THOMAS CHADD

14

15

16

17                            **FINDINGS AND ORDER**

18    IT IS SO FOUND AND ORDERED.

19 Dated:  April 14, 2016

20

21                            _____

22                            GARLAND E. BURRELL, JR.

23                            Senior United States District Judge

24

25

26

27

28