Law Office of Patrick K. Hanly (Bar # 128521)
455 Capitol Mall, Suite 325
Sacramento CA 95814
Telephone (916) 773-2211
Facsimile (916) 492-2680

Attorney for Defendant
THOMAS CHADD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 16-00037 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND EXCLUDE** |
| v. | ) | **TIME UNDER THE SPEEDY TRIAL ACT** |
| | ) | |
| THOMAS CHADD, | ) | **DATE: May 13, 2016** |
| | ) | **TIME:  9:00 a.m.** |
| Defendant. | ) | **COURTROOM:  HONORABLE  GARLAND** |
| _____ | ) | **E. BURRELL JR.** |

Plaintiff United States of America, by and through its counsel of record, and defendant

THOMAS CHADD, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status. May 13, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until May 27,

2016, and to exclude time between May 13, 2016 and May 27, 2016 under Local Code T4.

Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

        a.      The government has provided initial discovery.  Further

discovery is expected to be produced shortly.

        b.      Counsel for defendant desires additional time to complete the review of

discovery, to conduct defense investigation, and to discuss potential resolution with

his client.   Counsel has also been continuing to engage in negotiations with the government.

c.    Counsel for defendant believes that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence.

d.    The government does not object to the continuance.

e.    Based on the above-stated findings, the ends of justice served by

continuing the case as requested outweigh the interest of the public and the defendant in

a trial within the original date prescribed by the Speedy Trial Act.

f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

§ 3161, et seq., within which trial must commence, the time period of  May 13, 2016 and May 27,

2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h) (7) (A), B (iv) [Local Code

T4] because it results from a continuance granted by the Court at defendant's request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which

a trial must commence.

**IT IS SO STIPULATED.**

Dated: May 9, 2016                                   /s/ Patrick K. Hanly
                                                               Attorney for Thomas Chadd

                                                     Phillip Talbert
                                                     UNITED STATES ATTORNEY

Dated:  May 9, 2016                        by:    /s/ Justin Lee
                                                     Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  May 10, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge